IN THE CIRCUIT COURT FOR WASHINGTON COUNTY

| | | |
|---|---|---|
| RICHARD WITTE<br>15119 MAIN STREET<br>WELLERSBURG, PA 15564 | *<br>* | |
| PLAINTIFF | * | Case No.: |
| v. | * | |
| DARDEN RESTAURANTS, INC.<br>1000 DARDEN CENTER DR.<br>ORLANDO, FL 32837 | *<br>* | |
| Resident Agent:<br>ANGELA SIMMONS<br>1000 DARDEN CENTER DR.<br>ORLANDO, FL 32837 | *<br>* | |
| & | * | |
| OLIVE GARDEN HOLDINDS, LLC<br>1000 DARDEN CENTER DRIVE<br>ORLANDO, FL 32837 | *<br>* | |
| Resident Agent:<br>CORPORATE CREATIONS<br>NETWORK, INC.<br>#700<br>2 WISCONSIN CIRCLE<br>CHEVY CHASE, MD 20815 | *<br>*<br>*<br>* | |
| & | * | |
| GMR WALDORF, INC.<br>COLLEEN HUNTER<br>1000 DARDEN CENTER DRIVE<br>ORLANDO, FL 32837 | *<br>* | |
| Resident Agent:<br>CORPORATE CREATIONS<br>NETWORK, INC.<br>#700<br>2 WISCONSIN CIRCLE<br>CHEVY CHASE, MD 20815 | *<br>*<br>*<br>* | |
| & | | |

1

EXHIBIT A

|  |  |
|---|---|
| OLIVE GARDEN RESTAURANT<br>RESTAURANT #1719<br>17410 VALLEY MALL ROAD<br>HAGERSTOWN, MD 21740<br><br>DEFENDANTS | *<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Richard Witte, by and through his attorneys, Seigel & Rouhana, LLC and Paul N. Rouhana, files this action against the Defendant, Darden Restaurants Inc., for that:

### FACTS COMMON TO ALL COUNTS

1. On or about December 14th, 2018, the Plaintiff, Richard Witte, had arrived at Olive Garden at 17410 Valley Mall Rd Hagerstown, MD to have a meal as a paying customer.

2. On that date and at that location, Defendants had placed a rug on the floor in the short walkway between the two doors separating the entrance of the restaurant and the outside due to rain.

3. On that date and at that location, the Plaintiff's foot caught the rug since the rug was up and not properly on the floor, causing the Plaintiff to hit his head on a beam and fall to the floor.

4. The injuries sustained by the Plaintiff were caused by the recklessness, carelessness, and negligence of the Defendants, among other negligent acts and omissions:

  a. Failing to place the rug safely and securely on the floor for customers.

  b. Failing to ensure that the rug had been properly corrected after movement of the rug due to customers entering and exiting the facility.

  c. Failing to put a safer alternative on the floor to assist customers when it is raining when the Defendants had knowledge that customers had previously tripped on rugs placed at the same spot by the Defendants in the past.

2

d. Failing to place proper warnings around the rug to alert customers of its tendency to roll up.

e. Failing to place other warning signs in the area for customers entering and existing the restaurant in reference to a potential wet floor caused by the rain.

## Count I-Negligence

5. Plaintiff, Richard Witte, realleges all allegations contained hereinabove.

6. The Defendants knew, or under the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe and hazardous condition that was likely to, and did cause the Plaintiff to fall.

7. The Defendants were otherwise negligent in causing this occurrence.

8. As a direct and proximate result of the negligence of the Defendants, the Plaintiff, Richard Witte, was caused to suffer and sustain serious, painful, and permanent injuries about his head, neck, hands, knees, fingers, arms, wrist, chest, back, ribs, abdomen, speech impairment, body and limbs.

9. The Plaintiff, Richard Witte, was rendered sick, sore, and disabled.

10. The Plaintiff, Richard Witte, has incurred and will incur hospital, medical, and other expenses.

11. The Plaintiff, Richard Witte, has and will suffer physical and emotional pain.

12. The Plaintiff, Richard Witte, was otherwise injured and damaged.

13. No conduct on the part of the Plaintiff contributed to the accident or to the injuries and damages sustained by them.

**WHEREFORE**, the Plaintiff, Richard Witte, demands judgment against the Defendants, jointly and severally, in an amount in excess of $75,000.00, plus interest and cost of this action.

/s/ *Paul N. Rouhana*
Paul N. Rouhana (AIS No. 0212190106)
Seigel & Rouhana LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Phone: 443-470-1006
Facsimile: 443-470-1036
E-mail: prouhana@stflawyers.com
*Counsel for Plaintiff*

4